# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **THERESA L. UMPHREY,** | ] |
| Plaintiff, | ] |
| v. | ] CV-09-BE-0486-M |
| **COMMUNITY CREDIT UNION and EQUIFAX INFORMATION SERVICE, LLC,** | ] |
| Defendants. | ] |

## FINAL ORDER

This case is before the court on "Notice of Settlement and Dismissal With Prejudice of Equifax, Inc." (doc. 9). The court DISMISSES all claims against Defendant Equifax, Inc. with prejudice and DISMISSES this case in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), costs taxed as paid.

DONE and ORDERED this 30th day of June 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE